IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA,

               Plaintiff,

v.                                                4:92cr4034-WS

THOMAS DEWAYNE WHITE,

               Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (doc. 87) docketed April 8, 2008.  The magistrate judge recommends that the defendants' request for jail credit (doc. 86) be denied.  The defendant has filed no objections to the report and recommendation.

      Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 87) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's request for jail credit (doc. 86) is DENIED.

DONE AND ORDERED this   28th   day of   April   , 2008.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE